NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**INTELLECTUAL VENTURES I LLC,
INTELLECTUAL VENTURES II LLC,**
*Plaintiffs-Appellants*

**v.**

**T-MOBILE USA, INC., T-MOBILE US, INC., UNITED
STATES CELLULAR CORPORATION,
SPRINTCOM, INC., SPRINT SPECTRUM LP,
NEXTEL OF CALIFORNIA, INC., VIRGIN MOBILE
USA, L.P.,**
*Defendants-Appellees*

————————————

2017-2601, 2017-2604, 2017-2608, 2017-2610, 2018-1027,
2018-1029, 2018-1033

————————————

Appeals from the United States District Court for the
District of Delaware in Nos. 1:13-cv-01632-LPS, 1:13-cv-
01633-LPS, 1:13-cv-01634-LPS, 1:13-cv-01635-LPS, 1:13-
cv-01636-LPS, 1:13-cv-01637-LPS, 1:15-cv-00800-LPS,
Chief Judge Leonard P. Stark.

————————————

## JUDGMENT

————————————

MARTIN JAY BLACK, Dechert LLP, Philadelphia, PA,
argued for plaintiffs-appellants. Also represented by

ROBERT W. ASHBROOK, JR.; JOSEPH M. ABRAHAM, Austin, TX; JUSTIN BOYCE, NISHA PATEL, Mountain View, CA; ROBERT RHOAD, Princeton, NJ.

BRIAN BUROKER, Gibson, Dunn & Crutcher LLP, Washington, DC, argued for defendants-appellees T-Mobile USA, Inc., T-Mobile US, Inc. Also represented by JOSH KREVITT, New York, NY; ERIC TSAI SYU, Irvine, CA; ALISON R. WATKINS, Palo Alto, CA.

DAVID EVAN FINKELSON, McGuireWoods LLP, Richmond, VA, argued for defendants-appellees SprintCom, Inc., Sprint Spectrum LP, Nextel of California, Inc., Virgin Mobile USA, L.P, United States Cellular Corporation. Also represented by KRISTEN MARIE CALLEJA, MATTHEW ALLEN FITZGERALD.

STEVEN J. HOROWITZ, Sidley Austin LLP, Chicago, IL, for defendant-appellee United States Cellular Corporation. Also represented by DOUGLAS LEWIS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court